UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAHEEN MUNSHI, MD<br><br>               Plaintiff,<br><br>-against-<br><br>PAMELA BONDI, et al.<br><br>               Defendant. | 25-CV-6505 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

On August 6, 2025, Plaintiff filed a Petition in the Nature of Mandamus. (ECF 1.) On the same day, Plaintiff requested the issuance of a summons. (ECF 3.) On August 26, 2025, the case was referred to me by the Honorable Analisa Torres for general pretrial supervision. (ECF 5.) On August 27, 2025, a summons was issued and an information package, including 4 copies of the summons, was mailed to Plaintiff (ECF 6). As of the date of this order, no proof of service of the amended summons and complaint has been filed on the docket.

Plaintiff's deadline to effect service on Defendants and to file proof of service is extended retroactively (nunc pro tunc) until **December 22, 2025.** Defendants' response to the Petition shall be due the later of 21 days after service upon defendant or **January 12, 2026**.

DATED: November 20, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge