UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAHEEN MUNSHI, MD

Plaintiff,

-against-

PAMELA BONDI, et al.

Defendant.

25-CV-6505 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff filed the complaint on August 6, 3035. (ECF 1.)  Summonses were issued for Defendants and mailed to Plaintiff on August 27, 2025. (ECF 6.) On November 20, 2025, I extended Plaintiff's time to serve Defendants until December 22, 2025. (ECF 7.) On December 12, 2025, Plaintiff filed proof of service on the docket for Defendant Pamela Bondi, indicating that she had been served on September 16, 2025 by placement of the summons and complaint in the "acceptance bin at the agency" (ECF 8). However, it did not appear that Plaintiff met the requirements of service on an officer of the United States as set out in Rule 4(i) of the Federal Rules of Civil Procedure. Also on December 12, 2025, Plaintiff filed on the docket two process server affidavits stating that service on Defendants Joseph B. Edlow and USCIS was attempted

1

on September 16, 2025 and was unsuccessful. (ECF 9, 10.) Plaintiff made no filing on the docket reflecting the status of service on Defendant Kristi Noem. On December 16, 2025, I issued an order extending Plaintiff's time to serve Defendants in accordance with the requirements of Rule 4(i) until January 20, 2026, with proof of such service to be filed on the docket by January 23, 2026. (ECF 11.) I explained that failure to properly serve Defendants and to file proof of such service may lead to a recommendation that the Court on its own initiative (sua sponte) dismiss the complaint without prejudice to refiling at a later date, pursuant to Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure. (Id.)

On January 15, 2026, Plaintiff filed proof of service on the docket for Defendants Joseph B. Edlow, USCIS, and Kristi Noem, indicating that service was made by certified mail on January 12, 2026. (ECF 12, 13, 14.) However, it does not appear that Plaintiff met the requirements of service on an agency or officers of the United States as set out in Rule 4(i) of the Federal Rules of Civil Procedure. I am, on my own initiative, again extending (retroactively) Plaintiff's time to complete service until **March 20, 2026**, with proof of service to be filed on the docket by **March 23, 2026**. If Plaintiff fails to properly serve Defendants and to file proof of such service by that deadline (or to request an extension of time to do so), I expect to recommend that the Court on its own initiative dismiss the complaint without prejudice to Plaintiff refiling at a later date, pursuant to Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure. (Id.)

If Plaintiff has questions about this Order, filing papers in this judicial district, or any procedural matters, Plaintiff should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with their case. The Legal Assistance Clinic is run by a

private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, Plaintiff should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.


DATED:  February 18, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge