USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Md Shaheen Munshi,

Plaintiff,

-against-

Pamela Bondi, Attorney General of the United States; Kristi Noem, Secretary of Homeland Security; Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services; and United States Citizenship and Immigration Services (USCIS),

Defendants.

25 Civ. 6505 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

On August 6, 2025, Plaintiff *pro se*, Md Shaheen Munshi, commenced this action, seeking a writ of mandamus pursuant to the Administrative Procedure Act and alleging that Defendants failed to adjudicate his immigration petition within a reasonable timeframe. *See generally* Pet., ECF No. 1. On August 13, 2025, the case was reassigned to the undersigned and on August 26, 2025, the case was referred to the Honorable Robyn F. Tarnofsky for general pretrial purposes. *See* 8/13/2025 ECF Entry; ECF No. 5 (order of referral). On November 20, 2025, December 16, 2025, February 18, 2026, and March 27, 2026, *see* ECF Nos. 7, 11, 15, 16, Judge Tarnofsky extended Plaintiff's time to complete service on Defendants, officers of the United States and a United States agency, in accordance with the requirements of Federal Rule of Civil Procedure 4(i). In Judge Tarnofsky's March 27 order, she advised Plaintiff that if he failed to file proof of service by April 30, 2026, she would recommend that the Court dismiss this action without prejudice for failure to timely serve Defendants and failure to prosecute. *See* ECF No. 16. Plaintiff did not file proof of service by April 30, 2026.

After careful consideration, Judge Tarnofsky issued a report (the "R&R") recommending that the Court dismiss this action without prejudice to Plaintiff refiling the action at a later date pursuant to Rules 4(m) and 41(b). *See* R&R at 6, ECF No. 17. The R&R was mailed to Plaintiff on May 12, 2026. *See* 5/12/2026 ECF Entry. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has now passed. *See* Fed. R. Civ. P. 72(b)(2); R&R at 7. Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Tarnofsky's thorough and well-reasoned decision.

Accordingly, the Court ADOPTS the R&R in its entirety. The action is dismissed without prejudice due to Plaintiff's failure to timely serve Defendants and to prosecute the action. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: July 13, 2026
New York, New York

ANALISA TORRES
United States District Judge